**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10469 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00372-GMN |
| v. | |
| AMANDA FRIER, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted March 10, 2014[**]

Before:    PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

Amanda Frier appeals from the district court's judgment and challenges the

46-month sentence imposed following her guilty-plea conviction for possession of

a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and

924(a)(2).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Frier first contends that the district court did not consider her mitigating arguments. The record belies this contention. Frier next contends that the sentence is substantively unreasonable in light of her history and characteristics. The district court did not abuse its discretion in imposing Frier's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The low-end Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Frier's criminal history and the need to protect the public. *See id*.

**AFFIRMED.**